UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>FABIO RENE GUARDIOLA,<br><br>                    Defendant. | Case No. 18cr3167-WQH<br><br>ORDER GRANTING UNITED STATES' MOTION TO ALLOW VICTIM ATTORNEY TO APPEAR BY TELEPHONE AT SENTENCING HEARING |

Upon application, for good cause shown, the motion of the United States allowing counsel for victim M.L. to appear telephonically at the August 10, 2020, sentencing hearing is GRANTED.

IT IS SO ORDERED.

Dated: August 3, 2020

_William Q. Hayes_
Hon. William Q. Hayes
United States District Court